# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CRISTIAN A. SERRANO-RAMIREZ, | : | Civil No. 1:20-CV-00913 |
| Petitioner, | : | |
| v. | : | |
| CLAIR DOLL,<br>Warden of York County Prison, *et al.*, | : | |
| Respondents. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of June, 2020, For the reasons set forth in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is **DENIED** without prejudice to his right to file another petition should his detention under 8 U.S.C. § 1225(b) become arbitrary or unreasonable.  The denial is also without prejudice to Petitioner filing another petition if his individual circumstances change with respect to the COVID-19 pandemic.

2. Petitioner's motion for a temporary restraining order (Doc. 2) **DENIED AS MOOT**.

3. The Clerk of Court is directed to close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
